## DUNICAN v. CONFORTI et al.

(Supreme Court, Appellate Term. March 5, 1900.)

NEW YORK MUNICIPAL COURT—RECORD—RESIDENCE OF DEFENDANTS—JURISDICTION—APPEAL—REVERSAL.

Where the record fails to show the residence of the defendants, a judgment of the New York City municipal court will be reversed on appeal, since it is a court of limited jurisdiction.

Appeal from municipal court, borough of the Bronx, Second district.

Action by John W. Dunican against Nicholas Conforti and others. From a judgment of the New York municipal court in favor of plaintiff, defendants appeal. Reversed.

Argued before TRUAX, P. J., and DUGRO and SCOTT, JJ.

Adolph Cohen, for appellants.

Foley, Wray & Taylor, for respondent.

PER CURIAM. The record fails to disclose the residence of the defendants. The judgment is therefore reversed, and a new trial ordered in the municipal court in the district in which the action was brought, without costs. See Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319.